JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-04610-JHN-RZx | Date | April 20, 2010 |
|---|---|---|---|
| Title | Lisa Tuyet Ma et al v. Eric H. Holder et al | | |

| Present: The Honorable | JACQUELINE NGUYEN |
|---|---|

| Alicia Mamer | Not Reporter | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER DISMISSING WITH PREJUDICE  (In Chambers)

On March 22, 2010, the Court issued an order granting an unopposed Motion to Dismiss without prejudice. Plaintiffs were given until April 19, 2010 to file an amended complaint and were informed that "failure to timely file an amended complaint will result in dismissal of the action with prejudice." (Docket no. 15.) No amended complaint having been filed, this matter is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |